# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEMARCUS RANTREZ ROBINSON**                                   **PETITIONER**

v.                     Case No. 5:18-cv-00018-KGB/JTR

**WENDY KELLEY, Director,**
Arkansas Department of Correction                                 **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 17). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 17).

It is therefore ordered that:

1. Petitioner Demarcus Rantrez Robinson's petition for a writ of habeas corpus and the requested relief is denied.

2. The Court dismisses with prejudice Mr. Robinson's petition for a writ of habeas corpus (Dkt. No. 2).

3. The Court certifies pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases that a certificate of appealability is denied.

So ordered this 16th day of July, 2019.

                                                    _____
                                                    Kristine G. Baker
                                                    United States District Judge