# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEMARCUS RANTREZ ROBINSON**                                **PETITIONER**

v.                  Case No. 5:18-cv-00018-KGB/JTR

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                       **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Demarcus Rantrez Robinson's petition for a writ of habeas corpus is dismissed with prejudice.

So adjudged this the 16th day of July, 2019.

_____
Kristine G. Baker
United States District Judge